United States District Court
For The District Of Puerto Rico

| | |
|---|---|
| United States Of America,<br>plaintiff,<br><br>v.<br><br>Rolando Perez Martinez,<br>defendant. | Case No. 97-284-15<br>(JAF) |

RECEIVED & FILED
05 OCT -3 PM 4: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

Motion I Request Of
Correction Nunc Pro Tunc

Comes now defendant, Rolando Perez Martinez, pro-se and most respectfully requests and pleads as follows:
  I. I am currently a Federal Inmate at Coleman Low Federal Correctional Facility. And as such I have had an exemplary behavior.
  II. I have been working for the UNICOR facility for 18 months.
  III. The record of this case shows that i am not a violent person and I have not been involved in any violence.
IV. Even though in the case that I was indicted, this present case, there was violence I was not charged with violence nor am I a violent person.
V. I have been denied many privileges based on violence in my case and being that I have never incurred in violence, I hereby request that my Judgement and Commitment Order be amended Nunc Pro Tunc to reflect that I have not been charged with violence and that i have never incurred or participated in any way in any act of violence in the Instant case.

  Therefore, I hereby most respectfully request from this Honorable Court to order a correction Nunc Pro Tunc of the Judgement and Commitment Order to reflect that in this Instant case, I was never charged nor committed or incurred in any act of violence.

Respectfully submitted this __22__ day of September, 2005.

*[signature]*
Rolando Perez Martinez #19850-069
Federal Correctional Complex-low
PO Box 1031
Coleman, FL     33521-1031