AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE          DISTRICT OF          PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

          v.                    CASE NUMBER: 97-284(JAF)

**OMAR F. GENAO-SANCHEZ, ET AL**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

July 24, 2008
*Date*

/s/Carmen M. Márquez
*Signature*

Carmen M. Márquez
*Print Name*

350 Torre Chardon, Suite 1201
*Address*

Hato Rey, Puerto Rico 00918
*City*

(787) 766-5656
Phone Number

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on July 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsels of record.

At San Juan, Puerto Rico, July 24, 2008.


<u>S/Carmen M. Márquez</u>
Carmen M. Márquez - 211302